DAVID S. WORTHINGTON, #73233
**HARDY ERICH BROWN & WILSON**
A Professional Law Corporation
1000 G Street, Second Floor
Sacramento, California 95814
P.O. Box 13530
Sacramento, California 95853-4530
(916) 449-3800

Attorneys for Defendant Arizona Partners
Retail Investment Group, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| KATHLEEN CHANDLER, | ) No. CIV. S-04-2218 DFL JFM |
|---|---|
| Plaintiff, | ) **ORDER ALLOWING PHYSICAL EXAMINATION OF PLAINTIFF** |
| v. | ) |
| | ) Date: March 2, 2006 |
| ARIZONA PARTNERS RETAIL INVESTMENT GROUP, LLC, An Arizona Limited Liability Company, Does 1-20, | ) Time: 11:00 a.m. |
| | ) Judge: John F. Moulds |
| | ) Trial Date: September 25, 2006 |
| | ) Complaint Filed: October 13, 2004 |
| Defendants. | ) |

This matter came to be filed for hearing on motion of Defendant, Arizona Partners Retail Investment Group, LLC, requiring Plaintiff to submit to physical examination, pursuant to the provisions of Federal Rules of Civil Procedure Rule 35, and it appearing to the Court that the physical condition of the Plaintiff is in controversy in this action,

**IT IS HEREBY ORDERED** that Plaintiff submit to the following examination:

```
Date: March 11, 2006
Time: 10:00 a.m.
Medical Examiner: Hugh Selznick, M.D.
                 Board Certified Orthopaedic Surgeon
Location: Offices of MRK Medical Consultants
          6555 Coyle Avenue, Suite # 235
          Carmichael, CA 95608
```

HARDY ERICH BROWN & WILSON
A Professional Law Corporation
1000 G Street 2d Floor
Sacramento, CA 95814
phone (916) 449-3800
fax (916) 449-3888

1      Defendant shall bear the cost of such examination.

2 **IT IS SO ORDERED.**

3 Dated: February 27, 2006

                                        UNITED STATES MAGISTRATE JUDGE

8 chandler.exam

