1  RICHARD L. ALLEY, SBN 144430
   **HARDY ERICH BROWN & WILSON**
2  A Professional Law Corporation
   1000 G Street, Second Floor
3  Sacramento, California 95814
   P.O. Box 13530
4  Sacramento, California 95853-4530
   (916) 449-3800 • Fax (916) 449-3888

Attorneys for Defendant ARIZONA PARTNERS
RETAIL INVESTMENT GROUP, LLC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN CHANDLER, | CASE NO: 2:04-cv-02218-DFL-JFM |
| Plaintiff, | |
| v. | **AMENDED SUBSTITUTION OF ATTORNEY** |
| ARIZONA PARTNERS RETAIL INVESTMENT GROUP, LLC, an Arizona Limited Liability Company, and DOES 1 through 20, inclusive, | |
| Defendants. | |

THE COURT AND ALL PARTIES ARE NOTIFIED THAT ARIZONA PARTNERS RETAIL INVESTMENT GROUP, LLC makes the following substitution:

1. FORMER LEGAL REPRESENTATIVE: Hardy Erich Brown & Wilson

2. NEW LEGAL REPRESENTATIVE: David S. Worthington, SBN 73233, at Lewis Brisbois Bisgaard & Smith, LLP, 2500 Venture Oaks Way, Suite 200, Sacramento, California 95833; telephone 916/564-5400, fax 916/564-5444.

3. The party making this substitution is a defendant.

I consent to this substitution:

DATED: April ___, 2006            ARIZONA PARTNERS RETAIL INVESTMENT
                                  GROUP, LLC

                                  By: /s/ Sandra O'Clock (signature maintained on file)
                                      SANDRA O'CLOCK

///

I consent to this substitution:

DATED: April 11, 2006                HARDY ERICH BROWN & WILSON

                                     By: /s/ Richard L. Alley (signature maintained on file)
                                     Richard L. Alley, Former Attorneys for Defendant:
                                     ARIZONA PARTNERS RETAIL INVESTMENT GROUP, LLC

I consent to this substitution:

DATED: May 16, 2006                  LEWIS BRISBOIS BISGAARD & SMITH

                                     By:   /s/   David S. Worthington
                                     David S. Worthington, New Attorneys for Defendant:
                                     ARIZONA PARTNERS RETAIL INVESTMENT GROUP, LLC

**IT IS SO ORDERED.**

DATED: 5/18/2006

_____
DAVID F. LEVI
United States District Judge